FILED
CLERK, U.S. DISTRICT COURT
JAN - 2 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CR13-282 GHK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| *Christopher Montes* | ) Allegations of Violations of Probation |
| | ) Supervised Release) |
| | ) Conditions of Release) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  ( )  the safety of any person or the community.

//
//

1      The court concludes:
2  A.    (✓) Defendant poses a risk to the safety of other persons or the community
3         because defendant has not demonstrated by clear and convincing
4         evidence that:
5         _he can abide by court order_
6         _____
7         _____
8         _____
9
10 (B)   ( ) Defendant is a flight risk because defendant has not shown by clear
11        and convincing evidence that:
12        _____
13        _____
14        _____
15        _____
16
17        IT IS ORDERED that defendant be detained.
18
19 DATED: 1-2-14
20
21
22                                    _/s/ Stephen J. Hillman_
23                                    STEPHEN J. HILLMAN
                                      UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

2